IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 11-CV-136-JPG/PMF |
| | ) | |
| CINCINNATI INSURANCE COMPANY, SHERRY HEUER, and STEPHEN C. MATHER, | ) ) ) ) | |
| Defendants. | ) | |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff United States of America and against defendants Cincinnati Insurance Company, Sherry Heuer and Stephen C. Mather in the amount of twenty-one thousand, nine hundred sixty-five dollars and seventeen cents ($21,965.17); and

IT IS FURTHER ORDERED AND ADJUDGED that the United States is entitled to the sum of twenty-one thousand, nine hundred sixty-five dollars and seventeen cents ($21,965.17) deposited on May 3, 2011, in the Court's registry, along with the interest earned, except a fee of 10% of the interest earned which shall be retained by the Clerk of Court, to satisfy the foregoing money judgment.

**DATED: August 11, 2011**     **NANCY J. ROSENSTENGEL, Clerk of Court**

     **By:s/Deborah Agans, Deputy Clerk**

**Approved:**     s/J. Phil Gilbert
     **J. PHIL GILBERT**
     **DISTRICT JUDGE**